**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00369-CV

### MANEESE WALL, Appellant

### V.

### PHILLIP M. ORR, JR., TRUSTEE OF THE ORR FAMILY TRUST, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03307-2010**

## ORDER

Before the Court is appellant's motion for extension of time to file her motion for rehearing. We **GRANT** the motion. Appellant's motion for rehearing received August 15, 2013 is deemed timely filed.

/s/      JIM MOSELEY
         JUSTICE